DATE OF NOTICE:    November 20, 2002

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEANETTE WILSON | : | Civil Action No.: 02-4057 |
| | : | |
| v. | : | |
| | : | |
| STEP-BY-STEP, INC. | : | |

**NOTICE**

Please be advised that the **PRELIMINARY PRETRIAL CONFERENCE** scheduled to take place on WEDNESDAY, NOVEMBER 20, 2002 AT 3:00 P.M has been **POSTPONED** and will now take place on **FRIDAY, NOVEMBER 22, 2002, AT 2:30 P.M.** with the Honorable Michael M. Baylson.  **Counsel for Plaintiff will phone Counsel for Defendant; Counsel for Defendant shall initiate the telephone conference by calling Chambers at (267) 299.7520.**

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Thank you for your cooperation in this regard.

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc:    Anne P. Felker, Esquire (via fax - 610-861-9460)
       Nancy C. Ryan, Esquire (via fax - 215-731-0180)

O:\Kashner\Scheduling - Judge Baylson\Wilson PPTC for 11-22-2002.wpd