IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANETTE WILSON : CIVIL ACTION

v. :

STEP-BY-STEP, INC. : NO. 02-cv-4057

**AMENDED SCHEDULING ORDER**

AND NOW, this 27th day of February, 2003, the Scheduling Order of November 25, 2003 is amended as follows:

1. Fact discovery deadline - April 21, 2003.

2. Settlement report, by letter, to the Court - April 14, 2003.

3. Deadline for dispositive motions - April 28, 2003.

4. Plaintiffs' pretrial memoranda - May 5, 2003.

5. Defendants' pretrial memoranda - May 12, 2003.

Case will enter the trial pool on June 9, 2003.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Scheduling Orders\Wilson v. Step-by-Step 02-4057 - amended scheduling order.wpd