**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEANETTE WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEP-BY-STEP, INC. | : | NO. 02-4057 |

### O R D E R

**AND NOW, TO WIT:** This 24th day of July, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Lynn Meyer
Deputy Clerk

cc:   Anne P. Felker, Esquire (fax)
     Nancy C. Ryan, Esquire (mail)

O:\41(b) Orders to Dismiss\Wilson v. Step by Step 02-4057.wpd